IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

1 | 31    2018
M

Deputy Clerk

DARIUS ANDRE HOLMES,          )
                              )
        Petitioner,           )
                              )
v.                            )        CASE NOS. CV417-147
                              )                  CR415-144
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 8). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Petitioner advances the general argument that the Government is unable to establish that his prior convictions qualify as predicate offenses under the Armed Career Criminal Act ("ACCA") because the state

documents fail to identify the specific subsection of the state statute under which he was convicted. However, this Court has reviewed those documents and the record in this case, and is satisfied that Petitioner garnered at least three predicate offenses prior to his conviction in this case. Therefore, Petitioner's sentence was properly enhanced under the ACCA.

SO ORDERED this 31ST day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA