# United States District Court
## Southern District of Georgia

DARIUS ANDRE HOLMES,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-147
CR415-144

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 9, 2020, the 28:2255 Motion to Vacate Sentence is dismissed as moot for lack of jurisdiction. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

January 14, 2020
*Date*

Scott L. Poff
*Clerk*

*James R. Burnell*
*(By) Deputy Clerk*